**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Issa Alioune-Ba <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-14030 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, and index same on the master mailing list.

Re: Loan # Ending In: 9100

                                            Respectfully submitted,

                                            **/s/Joshua I. Goldman, Esquire**
                                            Joshua I. Goldman, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406