# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 16-14030-ELF

ISSA ALIOUNE-BA

5331 Florence Street

Philadelphia, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ISSA ALIOUNE-BA

    5331 Florence Street

    Philadelphia, PA 19143

**Counsel for debtor(s), by electronic notice only.**
    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                    /s/ William C. Miller

Date: 8/31/2016

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee