United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14030-elf
Issa Alioune-Ba                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG         Page 1 of 2              Date Rcvd: Jan 11, 2017
                            Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db           +Issa Alioune-Ba,    5331 Florence Street,    Philadelphia, PA 19143-4137
13739806     +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13739825    ++C O AMERICAN INFOSOURCE LP,     4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile Bankruptcy Team,      PO Box 53410,    Bellevue, WA 98015)
13739808     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13739809      Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
13739811      CitiFinancial,    4511 Edgemont Avenue,    Brookhaven, PA 19015-1727
13739810     +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,     Po Box 790040,
               St Louis, MO 63179-0040
13739813     +Convergent Outsoucing, Inc,     Po Box 9004,    Renton, WA 98057-9004
13739815    ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Credit,     National Bankrupcy Service Center,     Po Box 62180,
               Colorado Springs, CO 80962)
13739818     +KML Law Group,    Attn: Cristina Lynn Connor, Esq.,     701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
13739822     +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13739823     +Philadelphia Traffic Court,     800 Spring Garden,    PO Box 12866,    Philadelphia, PA 19176-0866
13739824     +Professional Account Management,     633 W Wisconsin Ave,    Suite 600,    Milwaukee, WI 53203-1907
13767618     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,      PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, PA 17101-1466
13739826     +US Bank National Association,     211 North Front Street,    PO Box 15057,
               Harrisburg, PA 17105-5057
13739827     +Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:13      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:51:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2017 01:52:07      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13758971      E-mail/Text: ally@ebn.phinsolutions.com Jan 12 2017 01:51:21      Ally Bank,    PO Box 130424,
               Roseville MN 55113-0004
13739807     +E-mail/Text: ally@ebn.phinsolutions.com Jan 12 2017 01:51:21      Ally Financial,
               Po Box 380901,    Bloomington, MN 55438-0901
13745789      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2017 01:46:09
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
13739812      E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:13      City of Philadelphia,
               Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1595
13831246     +E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:13
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,     BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13739814     +E-mail/Text: bknotice@erccollections.com Jan 12 2017 01:51:59      ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13739816     +E-mail/Text: bankruptcy@icsystem.com Jan 12 2017 01:52:30      IC Systems, Inc,
               444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
13739817     +E-mail/Text: cio.bncmail@irs.gov Jan 12 2017 01:51:24      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13779579      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:46:08
               LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13739819     +E-mail/Text: blegal@phfa.org Jan 12 2017 01:51:58      PA Housing Finance Agency,    Po Box 8029,
               Harrisburg, PA 17105-8029
13739820     +E-mail/Text: bankruptcygroup@peco-energy.com Jan 12 2017 01:51:30      PECO,
               2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13739821      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:51:43
               Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: JeanetteG           Page 2 of 2                  Date Rcvd: Jan 11, 2017
                              Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Issa  Alioune-Ba cdicicco@myphillybankruptcylawyer.com,
           christianadicicco@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,  dmaurer@pkh.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :     Chapter 13
    ISSA ALIOUNE-BA                     :
        Debtor(s)                             :     Bky. No.  16-14030 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: Jan. 11, 2017

                                              ERIC L. FRANK
                                              CHIEF U.S. BANKRUPTCY JUDGE