# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **ISSA ALIOUNE-BA** | : | |
| **DEBTOR** | : | **BANKRUPTCY NO. 16-14030-ELF** |

## CERTIFICATION OF SERVICE

I, Christian A. DiCicco, Esquire, counsel for Debtor, do hereby certify that, on the 14th day of January, 2017, I served and/or caused to be served, via ECF and/or Fist Class Mail, Postage Prepaid, a true and correct copy of the Order Dismissing Chapter 13 Case and Setting Deadlines for Allowance of Administrative Expenses, upon all interested parties.

Dated: January 27, 2017

*/s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
(fax) 215-564-6814