**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ISSA ALIOUNE-BA | : | |
| DEBTOR | : | BANKRUPTCY NO. 16-14030-ELF |

**CERTIFICATION OF NO RESPONSE TO**
**ATTORNEY'S APPLICATION FOR COMPENSATION**

Christian A. DiCicco, Esquire, Counsel for Debtor, hereby certifies that:

1. On January 11, 2017, the Court dismissed this Chapter 13 bankruptcy and retained jurisdiction to consider the Application and set a twenty-one (21) day deadline for applications for administrative expenses.

2. On January 9, 2017, Counsel for Debtor filed an Application for Compensation with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

3. On January 9, 2017, Notice of the Application for Compensation was served upon all creditors who filed claims and other interested parties.

4. The twenty-one (21) day period within which any creditor or interested party could have objected to the Application and/or submitted any other application for administrative expenses has expired.

5. As of the date of this instant filing, neither objection to the Application nor any other application for administrative expenses has been filed.

WHEREFORE, Counsel for Debtor requests that the Order for approval of the Application be entered.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812

**Dated:** February 6, 2017